JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> FERNANDO JARQUIN-VASQUEZ, <br>     Defendant. | No. CR 10-0260 WHA <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM APRIL 27, 2010 TO MAY 18, 2010 |

     The parties appeared before the Honorable William H. Alsup on April 27, 2010 for their initial appearance in district court.  With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

     1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 27, 2010 to May 18, 2010.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant and investigate certain defenses.

     2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from April 27, 2010 to May 18, 2010, outweigh the best interest of the

ORDER EXCLUDING TIME
CR 10-0260 WHA

1  public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C.
2  § 3161(h)(7)(A).
3      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
4  from April 27, 2010 to May 18, 2010, be excluded from Speedy Trial Act calculations under 18
5  U.S.C. § 3161(h)(7)(A) & (B)(iv).

7      IT IS SO STIPULATED.

9  DATED: May 3, 2010       /s/
10     SHAWN HALBERT
       Counsel for Fernando Jarquin-Vasquez

12 DATED: May 3, 2010       /s/
13     BRIAN C. LEWIS
       Assistant United States Attorney

15     IT IS SO ORDERED.

18 DATED: May 5, 2010
19     WILLIAM H. ALSUP
       United States District Judge

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER EXCLUDING TIME
CR 10-0260 WHA                                    -2-