1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant FERNANDO JARQUIN-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 10-0260 WHA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE FROM MAY 18, 2010 TO JUNE 15, 2010 AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) | |
| FERNANDO JARQUIN-VASQUEZ, | ) | |
| Defendant. | ) | |

The parties are scheduled to appear before this Court for status on May 18, 2010 at 2:00 p.m. The defense requests additional time to obtain and review additional materials relevant to the case and to meet with her client to discuss how to proceed.  Undersigned defense counsel will be out of the office almost every day between May 21, 2010 and June 4, 2010 on personal and professional business, and thus requests that the matter be continued to June 15, 2010.  The government does not object to this request.

The parties also agree that the time between May 18, 2010 and June 15, 2010 should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of

STIP. & ORDER
CR 10-0260 WHA                              - 1 -

justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: May 17, 2010                    /s/
BRIAN LEWIS
Assistant United States Attorney

DATED: May 17, 2010                    /s/
SHAWN HALBERT
Assistant Federal Public Defender

### [PROPOSED] ORDER

For the reasons stated above, the Court finds that the continuance of time for the next hearing before this Court from May 18, 2010 to June 15, 2010 is warranted. Further, the Court finds that an exclusion of time under the Speedy Trial Act between May 18, 2010 and June 15, 2010 is appropriate because the failure to grant the requested continuance would deny the defense effective preparation of counsel and continuity of counsel; thus, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

SO ORDERED.

DATED: May 17, 2010

THE HONORABLE
United States District Judge William Alsup

STIP. & ORDER
CR 10-0260 WHA                    - 2 -