JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0260 WHA |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM AUGUST 17, 2010 TO SEPTEMBER 27, 2010 |
| FERNANDO JARQUIN-VASQUEZ, | |
| Defendant. | |

     The parties appeared before the Honorable William H. Alsup on July 6, 2010 for a status conference.  With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

     1. Trial is set in this case for September 27, 2010, with the Pretrial Conference to be held on September 20, 2010.

     2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 17, 2010 to September 27, 2010.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

ORDER EXCLUDING TIME
CR 10-0260 WHA

3. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 17, 2010 to September 27, 2010, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court ordered that the period from August 17, 2010 to September 27, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 12, 2010

/s/
SHAWN HALBERT
Counsel for Fernando Jarquin-Vasquez

DATED: July 12, 2010

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: July 14, 2010.

WILLIAM ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup

ORDER EXCLUDING TIME
CR 10-0260 WHA                                        -2-